IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLOBAL TOWER, LLC and GTP INFRASTRUCTURE I, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC, CHRISTOPHER J. JENSEN, LLC; and TRI-COM, LLC,<br><br>Defendants. | Case No. 8:14-cv-269 |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Global Tower, LLC, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities:

\_\_\_\_\_ This party is an individual.

\_\_\_\_\_ This party is a publicly held corporation or other publicly held entity.

\_\_\_\_\_ This party has parent corporations:

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

\_\_\_\_\_ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

\_\_\_\_\_ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

__x__ This party is a limited liability company or limited liability partnership.

The names and state of citizenship of each member of the limited liability company are as follows:

The sole member of Global Tower, LLC is Global Tower Holdings, LLC who is a citizen of Delaware.

The sole member of Global Tower Holdings, LLC is Global Tower Management, LLC who is a citizen of Delaware.

The sole member of Global Tower Management, LLC is GTP Investments LLC who is a citizen of Delaware.

The sole member of GTP Investments LLC is Gondola Tower Holdings LLC who is a citizen of Delaware.

The members of Gondola Tower Holdings LLC are Gondola Holding LLC, Gondola Communications Holdings LLC and American Tower Investments LLC. Gondola Holding LLC and Gondola Communications Holdings LLC are citizens of Delaware. American Tower Investments LLC is a citizen of California.

The sole member of Gondola Holding LLC and Gondola Communications Holdings LLC is American Tower Investments LLC who is a citizen of California.

The sole member of American Tower Investments LLC is American Towers LLC who is a citizen of Delaware.

The sole member of American Towers LLC is American Tower Corporation who is a citizen of Delaware with its principal place of business in Boston, Massachusetts. American Tower Corporation is publicly trade on the New York Stock Exchange under the symbol "AMT."

\_\_\_\_\_ This party is an unincorporated association or entity.

4831-8717-4942.1

GLOBAL TOWER, LLC AND GTP
INFRASTRUCTURE I, LLC, Plaintiffs


By: /s/ Matthew M. Enenbach
    Matthew M. Enenbach #22891
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE 68102-2186
    (402) 346-6000

4831-8717-4942.1