IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLOBAL TOWER, LLC and GTP INFRASTRUCTURE I, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC; CHRISTOPHER J. JENSEN, LLC; and TRI-COM, LLC,<br><br>Defendants. | Case No. 8:14-cv-269<br><br>**STIPULATION REGARDING SERVICE OF PROCESS OF AMENDED COMPLAINT AND SECOND AMENDED COMPLAINT** |

COME NOW Plaintiffs Global Tower, LLC and GTP Infrastructure I, LLC (hereinafter, "Plaintiffs") and Defendants Great Western Communications, LLC; Kenneth D. Anderson, LLC; JRS Associates, LLC; Pinpoint Communications, Inc.; Pinpoint Network Solutions, LLC; Christopher J. Jensen, LLC; and Tri-Com, LLC (hereinafter, "Defendants" and with Plaintiffs, the "Parties"), and hereby stipulate as follows:

1. Defendants accepted service of process and were served with the Amended Complaint through their attorney John M. Walker on September 22, 2014.

2. Defendants accepted service of process and were served with the Second Amended Complaint through their attorney John M. Walker on October 1, 2014.

3. By accepting service of the Amended Complaint and Second Amended Complaint, Defendants have not waived the defenses found in Fed R. Civ. P. 12(b)(1)-(3) and (6)-(7). However, Defendants agree not to challenge the Amended Complaint or Second

WER-AVERY000025

Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(4)-(5) for insufficient process or insufficient service of process.

4.    The Parties agree that the deadline for Defendants to respond to the Second Amended Complaint pursuant to Fed. R. Civ. P. 12 is October 15, 2014.  *See* Fed. R. Civ. P. 15(a)(3).  However, Defendants are not prejudiced to seek an extension of time to file a responsive pleading to the Second Amended Complaint pursuant to NECivR 6.1(a)(1).

Dated this 3rd day of October, 2014.

GLOBAL TOWER, LLC AND GTP
INFRASTRUCTURE I, LLC, Plaintiffs

By:/s/ Matthew M. Enenbach
    Matthew M. Enenbach #22891
    Kutak Rock LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE 68102-2186
    (402) 346-6000
    Matthew.Enenbach@kutakrock.com

    and

    William N. Aumenta, *pro hac vice*
    McElroy Deutsch Mulvaney & Carpenter LLP
    1300 Mt. Kemble Avenue
    P.O. Box 2075
    Morristown, NJ 07962-2075
    (973) 425-4172
    waumenta@mdmc-law.com

GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC; CHRISTOPHER J. JENSEN, LLC AND TRI-COM, LLC, Defendants

By:/s/ Elizabeth A. Culhane
    John M. Walker #23835
    Elizabeth A. Culhane #23632
    Fraser Stryker PC LLO
    500 Energy Plaza
    409 South 17th Street
    Omaha, NE 68102
    (402) 341-6000
    jwalker@fraserstryker.com
    eculhane@fraserstryker.com

3

4829-3812-5854.2

WER-AVERY000027

## CERTIFICATE OF SERVICE

  I hereby certify that on this 3rd day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to counsel of record.

                    /s/ Elizabeth A. Culhane_____
                    Elizabeth A. Culhane

1209577 v2

4829-3812-5854.2

WER-AVERY000028