IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLOBAL TOWER, LLC and GTP INFRASTRUCTURE I, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC; CHRISTOPHER J. JENSEN, LLC; and TRI-COM, LLC,<br><br>    Defendants. | Case No. 8:14-cv-269<br><br>**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING PURSUANT TO LOCAL CIVIL RULE 6.1(a)(1)** |

    COME NOW Defendants Great Western Communications, LLC, Kenneth D. Anderson, LLC, JRS Associates, LLC, Pinpoint Communications, Inc., Pinpoint Network Solutions, LLC, Christopher J. Jensen, LLC, and Tri-Com, LLC (collectively, "Defendants"), by and through undersigned counsel and pursuant to Local Civil Rule 6.1.(a)(1), and move for a 30-day extension of Defendants' deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

    In support of this Motion, Defendants show to the Court as follows:

1.    Defendants were served with the original Complaint on September 15, 16, and 18.

2.    Before Defendants' time to answer or otherwise respond to the original Complaint expired, Plaintiffs filed an Amended Complaint. The Amended Complaint was served upon all Defendants through Defendants' counsel of record on September 22, 2014.

3.    Before Defendants' time to answer or otherwise respond to the Amended Complaint expired, Plaintiffs filed a Second Amended Complaint. The Second Amended Complaint was served upon all Defendants through Defendants' counsel of record on October 1, 2014.

4.    Defendants' deadline to answer or otherwise respond to the Second Amended Complaint is October 15, 2014.

5.    This is Defendants' first request for an extension of time to file a responsive pleading.

WHEREFORE, Defendants move for a 30-day extension, until November 15, 2014, of Defendants' deadline to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC; CHRISTOPHER J. JENSEN, LLC AND TRI-COM, LLC, Defendants

By: /s/ Elizabeth A. Culhane
John M. Walker #23835
Elizabeth A. Culhane #23632
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102
(402) 341-6000
jwalker@fraserstryker.com
eculhane@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to counsel of record.

/s/ Elizabeth A. Culhane
Elizabeth A. Culhane

1210077 v1