IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLOBAL TOWER, LLC and GTP INFRASTRUCTURE I, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC; CHRISTOPHER J. JENSEN, LLC; and TRI-COM, LLC,<br><br>  Defendants. | Case No. 8:14-cv-269<br><br><br><br>**NOTICE OF SERVICE** |

Notice is hereby given that on the 15th day of January, 2015, Defendants served the following documents upon all parties of record via electronic mail:

1.  Defendant's Rule 26(a) Initial Disclosures.

          GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC; CHRISTOPHER J. JENSEN, LLC AND TRI-COM, LLC, Defendants

    By: /s/ Elizabeth A. Culhane
        John M. Walker, #23835
        Elizabeth A. Culhane, #23632
        FRASER STRYKER PC LLO
        500 Energy Plaza
        409 South 17th Street
        Omaha, NE  68102
        (402) 341-6000
        jwalker@fraserstryker.com
        eculhane@fraserstryker.com
        ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the United States District Court for the District of Nebraska using the CM/ECF system this 15th day of January, 2015, which filing sent notification to the following counsel of record:

| | |
|---|---|
| Matthew Enenbach<br>Kutak Rock LLP<br>The Omaha Building<br>1650 Farnam Street<br>Omaha, NE 68102 | matthew.enenbach@kutakrock.com |
| William N. Aumenta<br>McElroy, Duetsch, Mulvaney,<br>& Carpenter, LLP<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962 | waumenta@mdmc-law.com |

                /s/ Elizabeth A. Culhane

1245961 v1