IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLOBAL TOWER, LLC and GTP INFRASTRUCTURE I, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC; CHRISTOPHER J. JENSEN, LLC; and TRI-COM, LLC, <br><br> Defendants. | CASE NO. 8:14-CV-269 <br><br><br> **PARTIES' SUPPLEMENTAL STATUS REPORT REGARDING MEDIATION AND JOINT MOTION TO EXTEND THE STAY UNTIL JULY 3, 2015** |

COME NOW the parties, by and through their undersigned counsel of record and pursuant to the Court's Text Order entered on May 1, 2015, provide the following status report regarding their efforts to mediate, and jointly move for an extended stay as set forth below:

1. On March 2, 2015, the Court entered an order on the parties' Joint Motion to Stay Pending Mediation and stayed this matter for 60 days pending mediation. The Court directed the parties to file a Joint Status Report on or before May 4, 2015, regarding the status of the parties' efforts to mediate. (Filing 46).

2. On April 30, 2015, the parties advised the Court that a mediation was scheduled for May 21, 2015, and jointly requested that the stay be extended by 30 days. (Filing 47). The Court extended the stay until June 4, 2015, and directed the parties to file a mediation status report by that date. (Filing 48).

3. The parties convened for a mediation on May 21, 2015. Following negotiations, the parties agreed to reconvene the mediation for a second day on June 15, 2015.

4. Because the parties are scheduled to reconvene their mediation on June 15, 2015, the parties jointly request that the stay be extended by an additional 30 days, until July 3, 2015.

        GREAT WESTERN COMMUNICATIONS, LLC;
        KENNETH D. ANDERSON, LLC;
        JRS ASSOCIATES, LLC; PINPOINT
        COMMUNICATIONS, INC.; PINPOINT
        NETWORK SOLUTIONS, LLC; CHRISTOPHER
        J. JENSEN, LLC AND TRI-COM, LLC,
        Defendants

By: /s/ Elizabeth A. Culhane
     Elizabeth A. Culhane, #23632
     FRASER STRYKER PC LLO
     500 Energy Plaza
     409 South 17th Street
     Omaha, NE 68102
     Telephone: (402) 341-6000
     Facsimile: (402) 341-8290
     jwalker@fraserstryker.com
     eculhane@fraserstryker.com
     ATTORNEYS FOR DEFENDANTS


        GLOBAL TOWER, LLC AND GTP
        INFRASTRUCTURE 1, LLC, Plaintiffs

By: /s/ William N. Aumenta
     William N. Aumenta, *admitted pro hac vice*
     McElroy, Deutsch, Mulvaney & Carpenter, LLP
     1300 Mt. Kemble Avenue
     P.O. Box 2075
     Morristown, NJ 07962
     waumenta@mdmc-law.com

     Matthew Enenbach, #22891
     Kutak Rock LLP
     The Omaha Building
     1650 Farnam Street
     Omaha, NE 68102
     Matthew.Enenbach@KutakRock.com
     ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 3rd day of June, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to counsel of record.

                                          /s/ Elizabeth A. Culhane

1301095 v1