## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GLOBAL TOWER, LLC, and GTP INFRASTRUCTURE I, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | 8:14CV269 |
| V. | ) ) | |
| GREAT WESTERN COMMUNICATIONS, LLC, KENNETH D. ANDERSON, LLC, JRS ASSOCIATES, LLC, PINPOINT COMMUNICATIONS, INC., PINPOINT NETWORK SOLUTIONS, LLC, CHRISTOPHER J. JENSEN, LLC, and TRI-COM, LLC, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | | |

This matter is before the Court on Defendants' motion requesting leave for John Walker to withdraw as counsel (filing 49).  Upon the representation that Defendants will remain represented in this case, the motion will be granted.

**IT IS ORDERED:**

1.    The Motion to Withdraw (filing 49) is granted.

2.    The Clerk of Court shall terminate John Walker's appearance as counsel for Defendants and shall terminate future notices to Mr. Walker in this action.

**DATED June 5, 2015.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge