IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLOBAL TOWER, LLC and GTP INFRASTRUCTURE I, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GREAT WESTERN COMMUNICATIONS, LLC; KENNETH D. ANDERSON, LLC; JRS ASSOCIATES, LLC; PINPOINT COMMUNICATIONS, INC.; PINPOINT NETWORK SOLUTIONS, LLC; CHRISTOPHER J. JENSEN, LLC; and TRI-COM, LLC, <br><br> Defendants. | Case No. 8:14cv269 <br><br><br><br><br><br> ORDER |

On review of the Parties' Third Supplemental Status Report Regarding Mediation and Notice of Settlement (#55),

**IT IS ORDERED:**

1. On or before **September 4, 2015,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: August 4, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge